UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robert William Washington,          File No. 20-cv-1905 (ECT/LIB)

    Plaintiff,

v.                                **ORDER**

The United States,

    Defendant.

---

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on December 2, 2020. ECF No. 3. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation [ECF No. 3] is **ACCEPTED**;

2. This action is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction; and

3. Plaintiff's application to proceed *in forma pauperis* [ECF No. 2] is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: December 28, 2020          s/ Eric C. Tostrud
                                          Eric C. Tostrud
                                          United States District Court